IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
~~ASHEVILLE~~ DIVISION
STATESVILLE



| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:11cr76 |
| --- | --- | --- |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER TO SEAL** |
| JOHN HOWELL | ) |  |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 13 day of December, 2011..

_____
UNITED STATES MAGISTRATE JUDGE